BETH CREIGHTON, OSB #972440
beth@civilrightpdx.com
LAURA KOISTINEN, OSB #175123
laura@civilrightspdx.com
CREIGHTON & ROSE, P.C.
300 Powers Building
65 S.W. Yamhill Street
Portland, Oregon  97204
Phone:   (503) 221-1792
Fax:       (503) 223-1516

Of Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **CYNTHIA E. RHOADES,**<br><br>                    Plaintiff,<br><br>          vs.<br><br>**STATE OF OREGON DEPARTMENT OF JUSTICE,**<br><br>                    Defendant. | Case No. 3:18-cv-00123-SB<br><br>**DECLARATION OF COUNSEL IN SUPPORT OF PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO RESPOND TO PARTIAL MOTION TO DISMISS** |

I, Laura Koistinen, declare as follows:

1.      I am counsel for plaintiff in the above-referenced case.

2.      Plaintiff moves for an order extending the current deadline to file a response in opposition to Defendant's Motion to Dismiss (Dkt. No. 23) by 7 days to September 21, 2018.

3.      Lead counsel, Beth Creighton's husband was recently diagnosed with stage 3 and is starting an intense course of chemotherapy and radiation tomorrow.

4.      Ms. Creighton has been out of the office frequently in the time since the service of the motion to dismiss to care for her husband and attend doctor's consultations and hospital visits.

PAGE 1 – PLAINTIFF'S *OPPOSED* MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTION TO DISMISS

CREIGHTON & ROSE, PC  ATTORNEYS AT LAW
65 SW Yamhill St. #300
Portland, OR 97204
T. (503) 221-1792
F. (503) 223-1516
laura@civilrightspdx.com

5.      Ms. Creighton had planned to draft the response to defendant's motion to dismiss but is no longer able to given the circumstances. She asked that I draft a response to the motion to dismiss today.

6.      To properly respond to defendant's motion, I need an extra week to review the case and case law.

7.      I have conferred with defense counsel, who opposes this motion.

8.      I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury.

DATED this 11th day of September, 2018.

CREIGHTON & ROSE, PC

*s/Laura Koistinen*
LAURA KOISTINEN, OSB#175123
laura@civilrightspdx.com
Of Attorneys for Plaintiff

PAGE 2 – PLAINTIFF'S *OPPOSED* MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTION TO DISMISS

CREIGHTON & ROSE, PC | ATTORNEYS AT LAW
65 SW Yamhill St. #300
Portland, OR 97204
T. (503) 221-1792
F. (503) 223-1516
laura@civilrightspdx.com