BETH CREIGHTON, OSB #972440
beth@civilrightpdx.com
MICHAEL E. ROSE, OSB #753221
mrose@civilrightspdx.com
LAURA KOISTINEN, OSB #175123
laura@civilrightspdx.com
CREIGHTON & ROSE, P.C.
300 Powers Building
65 S.W. Yamhill Street
Portland, Oregon 97204
Phone: (503) 221-1792
Fax: (503) 223-1516
Of Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**CYNTHIA E. RHOADES,**

Plaintiff,

vs.

**STATE OF OREGON DEPARTMENT OF JUSTICE,**

Defendant.

Case No. 3:18-cv-00123-SB

**DECLARATION OF COUNSEL IN SUPPORT OF PLAINTIFF'S *UNOPPOSED* MOTION TO EXTEND DISCOVERY DEADLINES**

I, Beth Creighton, declare as follows:

1. I am counsel for plaintiff in the above-referenced case.

2. Plaintiff moves for an order extending the current discovery deadline by 90 days, from April 6, 2021, (Dkt. No. 63) to July 6, 2021.

3. The protracted COVID-19 pandemic has slowed down progress in this case as a result of diminished staff availability and remote-work technical challenges which Plaintiff's firm has had to adjust to and manage.

4. Defendant filed 3 motions to dismiss (Dkts Nos. 12, 23 and 38), considerably delaying discovery in this case.



CREIGHTON & ROSE, PC | ATTORNEYS AT LAW
65 SW Yamhill St. #300
Portland, OR 97204
T. (503) 221-1792
F. (503) 223-1516
beth@civilrightspdx.com

5. Defendant additionally filed a motion to dismiss in the Multnomah County Circuit Court companion case, *Rhoades vs. State of Oregon, et al.,* Case No. 19CV39334.

6. Plaintiff has served discovery requests to Defendant in the present case and Defendant has responded. Just last week, Defendant has produced documents related to those requests.

7. Additional time is needed to conduct discovery document exchanges and analyses, serve follow-up discovery requests and file motions to compel if necessary, and conduct depositions. We anticipate scheduling depositions in the upcoming weeks.

8. After conferral, the parties have reached out to Judge Kasubhai to assist in a settlement conference and are awaiting his available dates.

9. For these reasons, Plaintiff is requesting an additional 90 days to complete discovery.

10. Trial dates in the present case have not been set.

11. I have conferred with counsel for Defendant, who does not oppose this motion.

12. I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury.

DATED this 7th day of April, 2021.

CREIGHTON & ROSE, PC

*s/ Beth Creighton*
BETH CREIGHTON, OSB #972440
beth@civilrightspdx.com
Of Attorneys for Plaintiff



CREIGHTON & ROSE, PC
ATTORNEYS AT LAW
65 SW Yamhill St. #300
Portland, OR 97204
T. (503) 221-1792
F. (503) 223-1516
beth@civilrightspdx.com